LENA GREENBERG, Respondent, v. TASAN REALTY CORPORATION and Another, Defendants; "JOHN DOE," Name John Doe Being Fictitious, Party Intended Conducting or Intending to Conduct a Grocery and Dairy Store in Building and Premises 570 Albany Avenue Corner of Midwood Street, Brooklyn, New York, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

INA GUTTERMAN, Respondent, v. IRVING B. GUTTERMAN, Appellant.— Motion for stay granted upon condition that appellant pay respondent $25 per week, beginning with the date named in the order, and $100 on account of counsel fee within five days from the entry of the order, and upon the further condition that within said five days appellant file an undertaking with corporate surety in the sum of $1,500 conditioned for the payment of the balance of alimony accrued and to accrue and the balance of the counsel fee upon affirmance of the order or of so much thereof as may be affirmed. In the event of appellant's failure to comply with these conditions the motion for stay is denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of HOMER C. BABCOCK, an Attorney.— Respondent disbarred and his name ordered stricken from the roll of attorneys. Disbarment must follow the consent of the attorney and his conviction in the United States District Court, Eastern District of New York. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of EARL A. GILLESPIE, INC., Appellant, for a Certiorari Order against ALFRED D. OLENA and Others, Constituting the Board of Zoning Appeals of the Incorporated Village of Garden City, Respondents.— Motion to resettle order entered May 22, 1931, granted and order resettled by striking therefrom the words "and the facts." Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of J. EUGENE HART, Respondent, for a Mandamus Order against CHARLES SNEDEKER and Others, Constituting the Town Board of the Town of North Hempstead, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.